|  |  |
|---|---|
|  | **FILED** |
|  | February 10, 2017 |
|  | CLERK, US DISTRICT COURT |
|  | EASTERN DISTRICT OF |
|  | CALIFORNIA |
|  | DEPUTY CLERK |

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                                   )
            Plaintiff, )
v.                               )
                                   )
MKRTYCH ROBERTOVIC )
SARGSYAN, )
_____ )
            Defendant.

Case No. 2:17-CR-00028-TLN-2

ORDER FOR RELEASE OF
PERSON IN CUSTODY

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>MKRTYCH ROBERTOVIC SARGSYAN</u>, Case No. <u>2:17-CR-00028-TLN-2</u>, Charge <u>Title 18 USC §§ 1029(a)(3); 1028A(a)(1)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

        ___    Release on Personal Recognizance

        ___    Bail Posted in the Sum of $___

              ___    Unsecured Appearance Bond

              ___    Appearance Bond with Surety

              ___    Corporate Surety Bail Bond

        ✔    (Other)    <u>With pretrial supervision and conditions of release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>February 10, 2017</u> at <u>3:30</u> pm.

By _____
Deborah Barnes
United States Magistrate Judge