HEATHER E. WILLIAMS, #122664
Federal Defender
SEAN RIORDAN, #255752
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710
sean_riordan@fd.org

Attorney for Defendant
MKRTYCH SARGSYAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:17-cr-028 WBS |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME |
| vs. | |
| MKRTYCH SARGSYAN, et al., | Date:  April 10, 2017 |
| Defendants. | Time:  9:00 a.m. |
| | Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Brian Fogerty, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Sean Riordan, attorneys for Mkrtych Sargsyan, and Bruce Locke, attorney for defendant, Gagik Nersesyan, and Ruzanna Poghosyan, attorney for defendant, Oganes Emirzyan, that the status conference scheduled for April 10, 2017 be vacated and continued to July 24, 2017 at 9:00 a.m.

The Government has produced voluminous bank records and numerous foreign language audio/video files that require translation.  Defense counsel for Mr. Nersesyan, Mr. Sargsyan and Mr. Emirzyan require additional time to review the discovery, to conduct additional investigation and legal research, and to confer with their clients about how to proceed in this case.  Moreover, defense counsel for Mr. Sargsyan has a trial beginning April 17 that is set to last at least four weeks, a Ninth Circuit argument on May 18, and another trial scheduled to begin June 20. Accordingly, defense counsel for Mr. Sargsyan anticipates that it will be difficult finding time before early July to do additional substantial work on this case.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded as of April 4, 2017, the date of the parties' stipulation, through and including July 24, 2017; pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense  preparation.

1   DATED: April 4, 2017                    Respectfully submitted,

2                                            HEATHER E. WILLIAMS
3                                            Federal Defender

4                                            */s/ Sean Riordan*
                                             SEAN RIORDAN
5                                            Assistant Federal Defender
                                             Attorney for MKRTYCH SARGSYAN
6

7                                            */s/ Bruce Locke*
                                             BRUCE LOCKE
8                                            Attorney for GAGIK NERSESYAN

9                                            */s/ Ruzanna Poghosyan*
                                             RUZANNA POGHOSYAN
10                                           Attorney for OGANES EMIRZYAN

11

12  DATED: April 4, 2017                    PHILLIP A. TALBERT
                                             United States Attorney
13

14                                           */s/ Brian Fogerty*
                                             BRIAN FOGERTY
15                                           Assistant United States Attorney
                                             Attorney for Plaintiff
16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ORDER**

2        IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'

3    stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as

4    its order. The Court specifically finds the failure to grant a continuance in this case would deny

5    counsel reasonable time necessary for effective preparation, taking into account the exercise of

6    due diligence.  The Court finds the ends of justice are served by granting the requested

7    continuance and outweigh the best interests of the public and defendants in a speedy trial.

8        The Court orders from the time of the parties' stipulation, April 4, 2017, up to and

9    including July 24, 2017, shall be excluded from computation of time within which the trial of

10    this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A)

11    and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It**

12    **is further ordered** the April 10, 2017 status conference shall be continued until July 24, 2017, at

13    9:00 a.m.

14    Dated:  April 5, 2017

15                                                 WILLIAM B. SHUBB
16                                                 UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28