Bruce Locke (#177787)
Moss & Locke
4359 Town Center Blvd., #114-59
Eldorado Hills, CA 95762
916-719-3194
Attorneys for Gagik Nersesyan

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>                    Plaintiff,<br><br>         v.<br><br>GAGIK NERSESYAN, et. al.,<br><br>                    Defendants. | No.  17-CR-0028 WBS<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING THE STATUS CONFERENCE SET FOR JULY 24, 2017 TO OCTOBER 16, 2017 AT 9:00 A.M.** |

IT IS HEREBY STIPULATED AND AGREED between the defendants, Gagik Nersesyan, Mkrtych Robertovic and Oganes Emirzyan, by and through their undersigned defense counsel, and the United States of America, by and through its counsel, Assistant U.S. Attorney Brian Fogerty, that the status conference presently set for July 24, 2017 should be continued to October 16, 2017 at 9:00 a.m., and that time under the Speedy Trial Act should be excluded from July 24, 2017 through October 16, 2017.

The reason for the continuance is that defense counsel need additional time to review the discovery and to conduct investigation. There are over 80 CDs that contain numerous tapes of conversations between the defendants and a government informant in the discovery. These conversations need to be translated into English. The defense will also need to conduct independent investigation. The exclusion of time is also necessary to ensure continuity of counsel.

1

1 | Accordingly, the time between July 24, 2017 and October 16, 2017 should be excluded from the
2 | Speedy Trial calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local
3 | Code T-4 for defense preparation.  The parties stipulate that the ends of justice served by granting
4 | this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18
5 | U.S.C. §3161(h)(7)(A). Mr. Fogerty, Mr. Riordan and Ms. Poghosyan have authorized Mr. Locke
6 | to sign this pleading for them.

DATED: July 21, 2017         /s/ Bruce Locke
                             BRUCE LOCKE
                             Attorney for Gagik Nersesyan

DATED: July 21, 2017         /s/ Bruce Locke
                             For SEAN RIORDAN
                             Attorney for Mkrtych Sargsyan

DATED: July 21, 2017          /s/ Bruce Locke
                             For RUZANNA POGHOSYAN
                             Attorney for OGANES EMIRZYAN

DATED: July 21, 2017         /s/ Bruce Locke
                             For BRIAN FOGERTY
                             Attorney for the United States

The Court finds, for the reasons stated above, that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial, and, therefore.  The status conference presently set for July 24, 2017 is continued to October 16, 2017 at 9:00 a.m., and that time under the Speedy Trial Act is excluded from July 24, 2017 through October 16, 2017.

Dated:  July 21, 2017        _____
                             WILLIAM B. SHUBB
                             UNITED STATES DISTRICT JUDGE