MICHAEL D. LONG (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for MKRTYCH SARGSYAN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 17-28 WBS |
| Plaintiff, | ) |
| | ) STIPULATION AND [~~PROPOSED~~] |
| v. | ) ORDER TO STATUS CONFERENCE |
| | ) |
| MKRTYCH SARGSYAN and, | ) Requested date: 5-21-2018 |
| OGANES EMIRZYAN | ) Time: 9:00 a.m. |
| Defendants. | ) Judge: Hon. William B. Shubb |
| ===============================) | |

It is hereby stipulated between the parties, Brian Fogerty, Assistant United States Attorney, Ruzanna Poghosyan, attorney for defendant OGANES EMIRZYAN, and Michael D. Long, attorney for defendant MKRTYCH SARGSYAN, that the status conference set for April 23, 2018, at 9:00 a.m. should be vacated and re-set for May 21, 2016, at 9:00 a.m.

The parties further agree that this court should make a finding of good cause for the requested extension and that in fact good cause is hereby shown. Both defense attorneys are fairly new to the case. Each defense attorney is still reading the over 600 pages of reports and 89 discs of information, most of which are audio and video recordings. Each defense lawyer must continue to investigate the case. All parties are available to appear in this case on May 21, 2018.

Each party further stipulates that the ends of justice served by granting such continuance outweigh the best interests of the public and of all the defendants in a speedy trial. Each party would like time to be excluded, as provided by Local Code T4 and in the Speedy Trial Act, 18 U.S.C. § 3161, et seq., from today's date through May 21, 2018, for the effective preparation of all

-1-

counsel, taking in to account due diligence. 18 U.S.C. section 3161(b)(7)(B)(iv). Time has already been excluded until the date of the presently set status date of April 23, 2018.

All parties request the date of May 21, 2017, for the status hearing. The request for extending the date for the status conference is at the specific request of both defendants and with the knowing, intelligent and voluntary waiver of each defendant's speedy trial rights under the law. The government agrees that a continuance is necessary. Good cause is hereby shown.

Dated: April 19, 2018   Respectfully submitted,

/s/ Michael D. Long
MICHAEL D. LONG
Attorney for MKRTYCH SARGSYAN

/s/ Ruzanna Poghosyan
RUZANNA POGHOSYAN
Attorney for OGANES EMIRZYAN

Dated: April 19, 2018   McGREGOR SCOTT
United States Attorney

/s/ Brian Fogerty
BRIAN FOGERTY
Assistant U.S. Attorney

ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The date for the status hearing in this matter is hereby re-set for May 21, 2018, at 9:00 a.m., before District Court Judge William B. Shubb. Time has previously been excluded until April 23, 2018. Time is excluded, as provided by Local Code T4 and in the Speedy Trial Act, 18 U.S.C. § 3161, et seq., from today's date through May 21, 2018.

Dated: April 20, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE