MICHAEL D. LONG (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for MKRTYCH SARGSYAN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. CR 17-28 WBS |
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] |
| v. | ) ORDER TO STATUS CONFERENCE |
| | ) |
| MKRTYCH SARGSYAN and, | ) Requested date: 6-18-2018 |
| OGANES EMIRZYAN | ) Time: 9:00 a.m. |
| Defendants. | ) Judge: Hon. William B. Shubb |

It is hereby stipulated between the parties, Brian Fogerty, Assistant United States Attorney, Ruzanna Poghosyan, attorney for defendant OGANES EMIRZYAN, and Michael D. Long, attorney for defendant MKRTYCH SARGSYAN, that the status conference set for May 21, 2018, at 9:00 a.m. should be vacated and re-set for June 18, 2016, at 9:00 a.m.

The parties further agree that this court should make a finding of good cause for the requested extension and that in fact good cause is hereby shown. Both defense attorneys are fairly new to the case. Each defense attorney is still reading the over 600 pages of reports and 89 discs of information, most of which are audio and video recordings. Each defense lawyer must continue to investigate the case and meet with his or her client. All parties are available to appear in this case on June 18, 2018.

Each party further stipulates that the ends of justice served by granting such continuance outweigh the best interests of the public and of all the defendants in a speedy trial. Each party would like time to be excluded, as provided by Local Code T4 and in the Speedy Trial Act, 18

-1-

U.S.C. § 3161, et seq., from today's date through June 18, 2018, for the effective preparation of all counsel, taking in to account due diligence. 18 U.S.C. section 3161(b)(7)(B)(iv). Time has already been excluded until the date of the presently set status date of May 21, 2018.

All parties request the date of June 18, 2017, for the status hearing. The request for extending the date for the status conference is at the specific request of both defendants and with the knowing, intelligent and voluntary waiver of each defendant's speedy trial rights under the law. The government agrees that a continuance is necessary. Good cause is hereby shown.

Dated: May 17, 2018                        Respectfully submitted,

                                           /s/ Michael D. Long
                                           MICHAEL D. LONG
                                           Attorney for MKRTYCH SARGSYAN

                                           /s/ Ruzanna Poghosyan
                                           RUZANNA POGHOSYAN
                                           Attorney for OGANES EMIRZYAN

Dated: May 17, 2018                        McGREGOR SCOTT
                                           United States Attorney

                                           /s/ Brian Fogerty
                                           BRIAN FOGERTY
                                           Assistant U.S. Attorney

ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The date for the status hearing in this matter is hereby re-set for June 18, 2018, at 9:00 a.m., before District Court Judge William B. Shubb. Time has previously been excluded until May 21, 2018.

Dated: May 17, 2018                        _____
                                           WILLIAM B. SHUBB
                                           UNITED STATES DISTRICT JUDGE