MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for MKRTYCH SARGSYAN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 2:17-cr-28-02 WBS |
| | ) |
| Plaintiff, | ) |
| | ) STIPULATION AND [~~PROPOSED~~] |
| v. | ) ORDER TO STATUS CONFERENCE |
| | ) |
| MKRTYCH SARGSYAN, | ) Requested date: August 20, 2018 |
| | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. William B. Shubb |

==================================

It is hereby stipulated between the parties, Brian A. Fogerty, Assistant United States Attorney, and Michael D. Long, attorney for defendant MKRTYCH SARGSYAN, that the status conference set for June 18, 2018, at 9:00 a.m. should be vacated and re-set for August 20, 2016, at 9:00 a.m.

Mr. EMIRSYAN will remain on the June 18, 2018, calendar.

The parties further agree that this court should make a finding of good cause for the requested extension and that in fact good cause is hereby shown. Mr. Long is still reading the over 600 pages of reports and reviewing 89 discs of information, most of which are audio and video recordings. Some discs of audio recordings are presently being transcribed from Armenian in to English. Mr. Long must continue to investigate the case and meet with his client.

Each party further stipulates that the ends of justice served by granting such continuance outweigh the best interests of the public and of the defendant in a speedy trial. The parties request

that time to be excluded, as provided by Local Code T4 and in the Speedy Trial Act, 18 U.S.C. § 3161, et seq., from June 18, 208 through August 20, 2018, for the effective preparation of all counsel, taking in to account due diligence. 18 U.S.C. section 3161(b)(7)(B)(iv). Time has already been excluded until the date of the presently set status date of June 18, 2018.

Both parties request the date of August 20, 2017, for the status hearing. The request for extending the date for the status conference is at the specific request of defendant SARGSYAN and with the knowing, intelligent and voluntary waiver of his speedy trial rights under the law. The government agrees that a continuance is necessary. Good cause is hereby shown.

Dated: June 15, 2018                      Respectfully submitted,

                                                 /s/ Michael D. Long
                                                 MICHAEL D. LONG
                                                 Attorney for MKRTYCH SARGSYAN

Dated: June 15, 2018                      McGREGOR W. SCOTT
                                                 United States Attorney

                                                 /s/ Brian A. Fogerty
                                                 BRIAN A. FOGERTY
                                                 Assistant U.S. Attorney

## **ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including August 20, 2018, shall be excluded from computation of time within which the trial of this case

must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4).  It is further ordered the June 18, 2018 status conference for defendant SARGSYAN shall be continued until August 20, 2018, at 9:00 a.m.

Dated:  June 15, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE