McGREGOR W. SCOTT
United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00028 WBS |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO VACATE HEARING AND FOR EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT |
| v. | |
| MKRTYCH ROBERTOVIC SARGSYAN, | DATE: August 20, 2018 |
| Defendant. | TIME: 9:00 a.m. |
| | COURT: Hon. William B. Shubb |

The United States of America, by and through Assistant United States Attorney Brian A. Fogerty, and defendant Mkrtych Robertovic Sargsyan, by and through counsel Michael D. Long, hereby agree and stipulate as follows:

1. On June 15, 2018, the Court set this case for a status conference to occur on August 20, 2018, at 9:00 a.m. ECF No. 90. The parties request that the Court vacate the August 20, 2018, status conference and set the case for another status conference on September 10, 2018, at 9:00 a.m.

2. On February 9, 2017, a grand jury returned the indictment pending against Sargsyan. ECF No. 1. However, Sargsyan's current counsel, Mr. Long, entered his appearance in this case in February 2018. ECF no. 73. To date, the United States has produced hundreds of pages of document discovery and many hours of recordings, many of which are not in the English language. Accordingly, defense counsel requests additional time to review the discovery materials, conduct further investigation, confer with his client, and prepare for trial.

3. Based on the foregoing facts, the parties agree that the interests of justice served by

STIPULATION AND [PROPOSED] ORDER

1

vacating the August 20, 2018, hearing and continuing the case to another status conference on September 10, 2018, and excluding the intervening time under the Speedy Trial Act, outweighs the best interest of the public and the defendant in a speedy trial. The parties request that the Court adopt the facts set forth herein and order time excluded between August 20, 2018, and September 10, 2018, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4, to allow defense counsel to investigate and prepare for trial.

Dated: August 16, 2018

McGREGOR W. SCOTT
United States Attorney

By: /s/ BRIAN A. FOGERTY
BRIAN A. FOGERTY
Assistant United States Attorney

Dated: August 16, 2018

/s/ MICHAEL D. LONG
[authorized by email]
MICHAEL D. LONG
Counsel for Defendant
Mkrtych Robertovic Sargsyan

## ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court VACATES the hearing on August 20, 2018. The Court also specifically finds that based on the facts set forth in the parties' stipulation, the failure to grant a continuance and exclude the time between August 20, 2018, and September 10, 2018, would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds the ends of justice are served by the continuance and outweigh the best interests of the public and the defendant in a speedy trial. Time from August 20, 2018, to and including September 10, 2018, is excluded from the computation of time within

which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4.

IT IS SO ORDERED.

Dated: August 17, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE