MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for MKRTYCH SARGSYAN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 2:17-cr-28 WBS |
| | ) |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER TO |
| v. | ) CONTINUE STATUS CONFERENCE |
| | ) (Corrected) |
| MKRTYCH SARGSYAN, | ) Requested date: October 15, 2018 |
| | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. William B. Shubb |

================================

It is hereby stipulated between the parties, Brian A. Fogerty, Assistant United States Attorney, and Michael D. Long, attorney for defendant MKRTYCH SARGSYAN, that the status conference set for September 17, 2018, at 9:00 a.m. should be vacated and re-set for a guilty plea on October 15, 2018, at 9:00 a.m.

The parties further agree that this court should make a finding of good cause for the requested extension and that in fact good cause is hereby shown.  Several modifications need to be made to the plea agreement and additional discovery will be provided within the upcoming week.  Mr. Long is completing his analysis of the over 600 pages of reports and reviewing 89 discs of information, most of which are audio and video recordings.  Mr. Long must continue to investigate the case and meet with his client.

Each party further stipulates that the ends of justice served by granting such continuance outweigh the best interests of the public and of the defendant in a speedy trial.  The parties request

that time to be excluded, as provided by Local Code T4 and in the Speedy Trial Act, 18 U.S.C. § 3161, et seq., from September 17, 2018 through October 15, 2018, for the effective preparation of all counsel, taking in to account due diligence. 18 U.S.C. section 3161(b)(7)(B)(iv). Time has already been excluded until the date of the presently set status date of September 17, 2018.

Both parties request the date of October 15, 2018, for the status hearing. The request for extending the date for the status conference is at the specific request of defendant SARGSYAN and with the knowing, intelligent and voluntary waiver of his speedy trial rights under the law. The government agrees that a continuance is necessary. Good cause is hereby shown.

Dated: September 14, 2018   Respectfully submitted,

/s/ Michael D. Long
MICHAEL D. LONG
Attorney for MKRTYCH SARGSYAN

Dated: September 14, 2018   McGREGOR W. SCOTT
United States Attorney

/s/ Brian A. Fogerty
BRIAN A. FOGERTY
Assistant U.S. Attorney

## **ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including October 15, 2018, shall be excluded from computation of time within which the trial of this case

must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the September 17, 2018 status conference for defendant SARGSYAN shall be continued until October 15, 2018, at 9:00 a.m.

Dated: September 19, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE