MICHAEL D. LONG (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for MICHAEL SARGSYAN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>    v.<br><br>MICHAEL SARGSYAN,<br>        Defendant. | ) No. 2:17CR0028 WBS<br>)<br>) STIPULATION AND [~~PROPOSED~~]<br>) ORDER MODIFYING THE SCHEDULE<br>) FOR Mr. SARGSYAN's PRE-SENTENCE<br>) REPORT FOR A NEW SENTENCING DATE<br>) OF MARCH 11, 2019<br>)<br>) Judge: Hon. William B. Shubb |

Defendant Michael Sargsyan is requesting a continuance of his sentencing hearing, which is presently set for January 28, 2019. Mr. Sargsyan is requesting a new sentencing date of March 11, 2019. The continuance is requested to allow Mr. Long to continue to gather documents and information for his informal objections. AUSA Brian Fogerty, on behalf of the United States Attorney's Office, and USPO Nisha Modica, on behalf of the United States Probation Office, have no objection to the requested continuance. The parties hereby stipulate to re-set the schedule for the pre-sentence report as follows:

Judgment and Sentencing Date: March 11, 2019

Reply, or Statement of Non-opposition: March 4, 2019

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: February 25, 2019

The final Pre-Sentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: February 18, 2019

-1-

The informal objections to the draft Pre-Sentence Report shall be served on the Probation Officer and opposing counsel no later than: February 11, 2018

The draft Pre-Sentence Report has already been filed. (ECF 116)

Dated: January 4, 2019           Respectfully submitted,

/s/ Michael D. Long
MICHAEL D. LONG
Attorney for Michael Sargsyan

Dated: January 4, 2019           McGREGOR SCOTT
United States Attorney

/s/ Brian Fogerty
BRIAN FOGERTY
Assistant U.S. Attorney

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The Court hereby orders that the schedule for Mr. Sargsyan's pre-sentence report is amended as follows:

Judgment and Sentencing Date: March 11, 2019

Reply, or Statement of Non-opposition: March 4, 2019

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: February 25, 2019

The final Pre-Sentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: February 18, 2019

The informal objections to the draft Pre-Sentence Report shall be served on the Probation Officer and opposing counsel no later than: February 11, 2019

Dated: January 7, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE